UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON BOULEY | ) | CIVIL ACTION NO. |
|     Plaintiff | ) | 3:10-CV-00056-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| HOFFMAN OF SIMSBURY, INC. d/b/a HOFFMAN HONDA, WILLIAM MALDONADO, and AMERICAN HONDA FINANCE CORP. | ) ) ) | |
|     Defendants | ) | |
| | ) | DECEMBER 14, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Jon Bouley, through his attorney, and the defendants, Hoffman of Simsbury, Inc. d/b/a Hoffman Honda, William Maldonado, and American Honda Finance Corp., through their attorney, hereby stipulate that the claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                PLAINTIFF, JON BOULEY,

                By: /s/ Daniel S. Blinn
                     Daniel S. Blinn, Fed Bar No. ct02188
                     dblinn@consumerlawgroup.com
                     Consumer Law Group, LLC
                     35 Cold Spring Rd., Suite 512
                     Rocky Hill, CT  06067
                     Tel. (860) 571-0408
                     Fax. (860) 571-7457

        DEFENDANTS: Hoffman of Simsbury, Inc., William Maldonado and American Honda Finance Corporation

By: /s/ Philip J. O'Connor
    Philip J. O'Connor Bar No. ct05263
    Gordon, Muir and Foley, LLP
    10 Columbus Boulevard
    Hartford, CT 06106
    Tel. (860) 525-5361
    Fax. (860) 525-4849
    Email sthurston@gmflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn
          Daniel S. Blinn